# UNITED STATES DISTRICT COURT
# IN THE EASTERN DISTRICT OF MICHIGAN
# NORTHERN DIVISION

BRUCE O. SCARBROUGH,

      Plaintiff,                       Case No. 14-14044

v.                                     Judge Thomas L. Ludington

NATIONWIDE CREDIT, INC.,      Magistrate Judge Patricia T. Morris

      Defendant.

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE AND WITHOUT COSTS

Plaintiff and Defendant, having stipulated and agreed, and the Court being fully advised:

It is **ORDERED** that Plaintiff's claims against Defendant are dismissed with prejudice, with each side to bear responsibility for its own costs and fees. This is a final Order and closes the case

                                              s/Thomas L. Ludington
                                              THOMAS L. LUDINGTON
                                              United States District Judge

Dated: March 17, 2015

So stipulated:

| **BRIAN P. PARKER, PC** | **DYKEMA GOSSETT PLLC** |
|---|---|
| /s/ Brian Parker (w/ consent) | /s/ Nasseem S. Ramin |
| Brian P. Parker (P48617) | Thomas M. Schehr (P54391) |
| *Attorneys for Plaintiff* | Nasseem S. Ramin (P73513) |
| 2000 Town Center, Suite 1900 | *Attorneys for Defendant* |
| Southfield, MI 48075 | 400 Renaissance Center, 37th Floor |
| (248) 642-6268 | Detroit, MI 48243 |
| brianparker@collectionstopper.com | (313) 568-6800 |
| | tschehr@dykema.com |
| | nramin@dykema.com |

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 17, 2015.

s/Suzanne M. Gammon
SUZANNE M. GAMMON